# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 21-10951-MDC

TIMOTHY P. BECKEL

2472 BRANDON COURT

BENSALEM, PA 19020

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TIMOTHY P. BECKEL

2472 BRANDON COURT

BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

CAMERON DEANE
YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020-

Date: 8/2/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee