United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 21-10951-mdc

Timothy P. Beckel                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 3

Date Rcvd: Sep 24, 2021                       Form ID: pdf900                             Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy P. Beckel, 2472 Brandon Court, Bensalem, PA 19020-2202 |
| 14597885 | ++ | CONSUMER RECOVERY ASSOCIATES, 484 VIKING DR, SUITE 155, VIRGINIA BEACH VA 23452-7346 address filed with court:, Consumer Recovery Asso, 484 Viking Dr Ste 155, Virginia Beach, VA 23452 |
| 14597884 | + | Clear Spring Loan Serv, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202 |
| 14597886 | + | Conwell-Egan Catholic High School, 611 Wistar Road, Fairless Hills, PA 19030-4105 |
| 14597892 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 14597891 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14614209 | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14602745 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 14597896 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 14597897 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14597902 | + | Revenue Recovery Corp, 612 Gay St, Knoxville, TN 37902-1603 |
| 14606788 | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14620680 | + | U.S. Bank Trust National Association, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14621049 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 24 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14597879 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 23:32:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 14597881 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:31:39 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14597880 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:31:39 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14597888 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 24 2021 23:32:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| 14597887 | + Email/Text: ebnnotifications@creditacceptance.com | Sep 24 2021 23:32:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14597889 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 24 2021 23:32:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 14597890 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 24 2021 23:32:00 | Credit Collections Svc, Po Box 607, Norwood, MA 02062-0607 |
| 14597895 | Email/Text: jill@ffcc.com | Sep 24 2021 23:32:00 | First Federal Credit & Collections, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14597883 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 24 2021 23:31:39 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14597882 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 24 2021 23:31:29 | Chase Card Services, Correspondence Dept, Po Box 15278, Wilmington, DE 19850 |
| 14609108 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2021 23:31:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14597898 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2021 23:32:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 14597899 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2021 23:32:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14610841 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2021 23:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14614990 | Email/Text: bankruptcy@ncaks.com | Sep 24 2021 23:32:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14616318 | + Email/Text: bankruptcygroup@peco-energy.com | Sep 24 2021 23:32:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14597900 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 24 2021 23:46:09 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14599554 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 24 2021 23:46:09 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14597903 | + Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:31:35 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14597904 | + Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:31:35 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14597901 | Email/Text: bankruptcytn@wakeassoc.com | Sep 24 2021 23:32:00 | Revenue Recovery Corp, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14597894 | *++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, Ecmc, 1 Imation Pl, Oakdale, MN 55128 |
| 14602864 | *+ | Fay Servicing, LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 420 Lexington Avenue Suite 840, New York, NY 10170-0840 |
| 14597893 | ##++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, Ecmc, 1 Imation Place, Bldg 2, Oakdale, MN 55128 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

District/off: 0313-2                        User: admin                                    Page 3 of 3
Date Rcvd: Sep 24, 2021                     Form ID: pdf900                              Total Noticed: 38

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021                      Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Timothy P. Beckel cdeane@ymalaw.com<br>ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Timothy P. Beckel support@ymalaw.com<br>ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      Chapter 13
TIMOTHY P.  BECKEL


Debtor                          Bankruptcy No. 21-10951-MDC


# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby ORDERED that this case is DISMISSED and that any wage

orders previously entered are VACATED.


September 23, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CAMERON DEANE
YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020-


Debtor:
TIMOTHY P.  BECKEL

2472 BRANDON COURT

BENSALEM, PA 19020